JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE EUGENE IVORY, | NO. CV 12-8520-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 18, 2015

_____
CORMAC J. CARNEY
United States District Judge